UNITED STATES DISTRICT
COURT DISTRICT OF NEW
JERSEY

UNITED STATES v. QUANIR A. TERRY, Crim. No. 16-210   DOB:           FBI #

## PETITION FOR WRIT OF HABEAS CORPUS

1. Quanir A. Terry (D/O/B            ) is now confined at Essex County Jail.
2. Said individual will be required at Newark, New Jersey, before the Hon. Michael A. Hammer, United States Magistrate Judge on Thursday, May 12, 2016, at 2:00 p.m., for an Initial Appearance and Arraignment. A Writ of Habeas Corpus should be issued for that purpose.

DATED: May 9, 2016

KAREN D. STRINGER
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.

DATED: 5/9, 2016

HON. MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of Essex County Jail, Essex County, New Jersey.

WE COMMAND YOU that you have the body of

QUANIR A. TERRY

now confined at the Essex County Jail, Essex County, New Jersey, be brought before the United States District Court, Michael A. Hammer, U.S. Magistrate Judge, in the Martin Luther King Building and United States Courthouse, Courtroom 2C, Newark, New Jersey 07102, on Thursday, May 12, 2016 at 2pm., so that he may appear for an Initial Appearance and Arraignment in the above-captioned matter.

WITNESS: The Honorable Michael A. Hammer
United States Magistrate Judge
Newark, New Jersey

DATED: 5/9/2016

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk